In the Matter of MORRIS BLANKFEIN, Appellant, against
HENRY E. BRUCKMAN et al., Constituting the STATE
LIQUOR AUTHORITY, et al., Respondents.

Argued March 1, 1937; decided March 16, 1937.

*Milton Brause* and *Irving Abramson* for appellant.

*Monroe I. Katcher, II.* and *William H. Ticho* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.